# United States District Court

Eastern District of Missouri

UNITED STATES OF AMERICA

v.

LASHARNE ESTER

JUDGMENT IN A CRIMINAL CASE

CASE NUMBER: 4:08CR523 CDP

USM Number: 35422-044

THE DEFENDANT:

Joseph P. Welch
**Defendant's Attorney**

☒ pleaded guilty to count(s)  Four and Five on December 1, 2008.

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 1344 and 2 | Bank Fraud | May 1, 2008 | Four |
| 18 USC 1029(a)(2) | Fraudulent Use of Unauthorized Access Devices | May 1, 2008 | Five |

The defendant is sentenced as provided in pages 2 through  9  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ Count(s)  1-3 & 6-9  are  dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

March 25, 2009
Date of Imposition of Judgment

*/s/ Catherine D. Perry*
Signature of Judge

Catherine D. Perry
United States District Judge
Name & Title of Judge

March 26, 2009
Date signed

Record No.: 128

DEFENDANT: LASHARNE ESTER
CASE NUMBER: 4:08CR523 CDP
District: Eastern District of Missouri

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 18 months.

This term consists of terms of 18 months on each of counts four and five, all such terms to run concurrently.

☒ The court makes the following recommendations to the Bureau of Prisons:

The defendant shall be placed at a facility as close to St. Louis, MO as possible, if consistent with Bureau of Prisons policies.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ a.m./pm on _____

    ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____

    ☒ as notified by the United States Marshal

    ☐ as notified by the Probation or Pretrial Services Office

**MARSHALS RETURN MADE ON SEPARATE PAGE**

DEFENDANT: LASHARNE ESTER
CASE NUMBER: 4:08CR523 CDP
District: Eastern District of Missouri

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of  five years.

This term consists of a term of five years on count four and a three year term on count five, all such terms to run concurrently.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

- [ ] The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
- [x] The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)
- [ ] The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable)
- [ ] The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
- [ ] The Defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment

The defendant shall comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: LASHARNE ESTER
CASE NUMBER: 4:08CR523 CDP
District: Eastern District of Missouri

# ADDITIONAL SUPERVISED RELEASE TERMS

WHILE ON SUPERVISION, THE DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS THAT HAVE BEEN ADOPTED BY THIS COURT AS WELL AS THE FOLLOWING ADDITIONAL CONDITIONS:

1. The defendant shall refrain from any unlawful use of a controlled substance and submit to a drug test within 15 days of commencement of supervision and at least two periodic drug tests thereafter for use of a controlled substance.

2. The defendant shall participate in a program for the treatment of gambling addiction as approved by the United States Probation Office and provide verification of attendance. The defendant is prohibited from engaging in any form of gambling. The defendant shall pay for the costs associated with the services provided based on a co-payment fee established by the United States Probation Office. Co-payments shall never exceed the total costs of services provided.

3. The defendant shall provide the probation officer and the Financial Litigation Unit (FLU) of the U.S. Attorney's Office with access to any requested financial information. The defendant is advised that the probation office may share financial information with FLU.

4. The defendant shall apply all monies received from income tax refunds, lottery winnings, judgments, and/or other anticipated or unexpected financial gains to the outstanding Court-ordered financial obligation. The defendant shall immediately notify the probation officer of the receipt of any indicated monies.

5. The defendant shall be prohibited from incurring new credit charges or opening additional lines of credit without the approval of the United States Probation Officer so long as there is a balance on the Court-imposed financial obligation.

6. The defendant shall pay the restitution as previously ordered by the Court.

DEFENDANT: LASHARNE ESTER
CASE NUMBER: 4:08CR523 CDP
District: Eastern District of Missouri

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on sheet 6

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $200.00 |  | $80,774.15 |

☐ The determination of restitution is deferred until _____ . *An Amended Judgment in a Criminal Case* (AO 245C) will be entered after such a determination.

☐ The defendant shall make restitution, payable through the Clerk of Court, to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below. However, pursuant ot 18 U.S.C. 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| U.S. Bank, ref. no. 20080063343, 721 Locust, Mail Code SL-MO-L1CB, Attn: Tamra Holmes, St. Louis, MO 63101 | $53,818.01 | $53,818.01 |  |
| Chase Manhattan Bank USA, N.A., Bldg 200, White Clay Center Dr., Newark, DE 19711 | $279.95 | $279.95 |  |
| Chase Bank USA, N.A. (Bank One), P.O. Box 2003, Elgin, IL 60121-2003 | $1,057.44 | $1,057.44 |  |
| GE Capital Financial Inc., 4246 Riverboat Rd., Salt Lake City, UT 84123-2551 | $104.95 | $104.95 |  |
| HSBC, N.A., 1441 Schilling Pl., Salinas, CA 93901-4543 | $499.36 | $499.36 |  |
| Citibank South Dakota, N.A., 399 Park Ave., New York, NY 10017 | $2,621.19 | $2,621.19 |  |
| Citibank AAdvantage Business Card, P.O. Box 6500, Sioux Falls, SD 57117 | $321.77 | $321.77 |  |
| Totals: | $80,774.15 | $80,774.15 |  |

☐ Restitution amount ordered pursuant to plea agreement _____

☐ The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐ The interest requirement is waived for the.   ☐ fine and /or   ☐ restitution.
   ☐ The interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: LASHARNE ESTER
CASE NUMBER: 4:08CR523 CDP
District: Eastern District of Missouri

# ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| MBNAS America Bank, N.A., 1100 N. King St., Wilmington, DE 19884 | $1,923.87 | $1,923.87 | |
| USAA Savings Bank, 10750 McDermott Fwy, San Antonio, TX 78284-8850 | $78.95 | $78.95 | |
| U.S. Bank NA, ND, 4325 17th Avenue, SW, Fargo, ND 58125 | $744.95 | $744.95 | |
| Mission Federal Credit Union, Attn: Michelle - Card Fraud Dept., P.O. Box 919023, MS-19, San Diego, CA 92191-9023 | $487.20 | $487.20 | |
| Washington Mutual Bank, F.A., 9301 Corbin Avenue, MS/NO30105, Northridge, CA 91324 | $160.00 | $160.00 | |
| Bank of America, N.A. (USA), 1825 E. Buckeye Road, AZ9-505-03-02, Phoenix, AZ 85034 | $414.85 | $414.85 | |
| Target Financial Services, 3701 Wayzata Blvd., Minneapolis, MN 55416 | $100.00 | $100.00 | |
| National City Bank of the Midwest, 1900 E. 9th St., Cleveland, OH 44114-3404 | $3,744.62 | $3,744.62 | |
| Restitution Department, Discover Financial Services, attn: UPC Remittance, 5420 West 13730 South, Salt Lake City, UT 84104 | $370.00 | $370.00 | |
| Regions Bank, P.O. Box 681, Birmingham, AL 35201 | $220.00 | $220.00 | |
| Eagle Bank, box 345, Jarrell, TX 76537-0345 | $122.00 | $122.00 | |
| Fifth Third Bank, 5050 Kingsley Drive, Cincinnati, OH 45263 | $1,106.46 | $1,106.46 | |
| First Capital Bank, 6699 N. Sheridan Rd., Peoria, IL 61614 | $256.00 | $256.00 | |
| First Citizens Bank & Trust Company, P.O. Box 27131, Raleigh, NC 27611-7131 | $1,386.65 | $1,386.65 | |
| First Natl Bk Gilman, P.O. Box 8, Gilman, IL 60938 | $681.32 | $681.32 | |
| Firstmerit Bank N.A., 295 Firstmerit Circle, Akron, OH 44307-2359 | $183.00 | $183.00 | |
| Bank of America, 5701 Horatio St., Utica, NY 13502 | $1,050.00 | $1,050.00 | |
| Sovereign Bank, 1125 Berkshire Blvd., Wyomissing, PA 19610 | $1,148.19 | $1,148.19 | |
| JP Morgan Chase Bank, NA, 1111 Polaris Parkway, Suite 2L, Colulmbus, OH 43240 | $121.00 | $121.00 | |
| M & T Bank, 25 South Charles Street, Baltimore, MD 21201 | $832.00 | $832.00 | |
| Manufactures Bank, Attn: Loss Prevention, 515 S. Figueroa St., 4th Floor, Los Angeles, CA 90071-3301 | $200.00 | $200.00 | |

\* Findings for the total amount of losses are required under Chapters 1 09A, 110, 11OA, and 11 3A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: LASHARNE ESTER
CASE NUMBER: 4:08CR523 CDP
District: Eastern District of Missouri

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Merchants & Farmers Bank, P.O. Box 520, Kosciusko, MS 39090-0520 | $63.50 | $63.50 | |
| Merchants National Bank, 25 Broadway, Bangor, PA 18013-2601 | $491.35 | $491.35 | |
| Patriot Bank, N.A., c/o Carter Bank & Trust, successoer-in-interest, 1204 Bragg Road, Fredericksburg, VA 22407 | $415.00 | $415.00 | |
| Penn Federal Savings Bank, 622 Eagle Rock Ave., West Orange, NJ 07052 | $464.00 | $464.00 | |
| Sky Bank, 10 East Main Street, Salineville, OH 43945 | $50.00 | $50.00 | |
| Skylands Community Bank, Attn: John Illes, Regional Security Mangaer, P.O. Box 25091, Lehigh Valley, PA 18002 | $380.20 | $380.20 | |
| Sovereign Bank, 1125 Berkshire Blvd., Wyomissing, PA 19610 | $675.53 | $675.53 | |
| Suburban Bank & Trust Company, 372 N. Wood Dale Rd., Wood Dale, IL 60191 | $851.00 | $851.00 | |
| TCF National Bank, 801 Marquette Ave., Minneapolis, MN 55402 | $2,082.84 | $2,082.84 | |
| UNICO Bank, P.O. Box 398, Potosi, MO 63664 | $896.00 | $896.00 | |
| United Bank Operations Center, 14426 Albemarle Point Place, Suite 100, Chantilly, VA 20151 | $71.00 | $71.00 | |
| Whitney National Bank, 1201 Dickory Ave., Harahan, LA 70123 | $300.00 | $300.00 | |

\* Findings for the total amount of losses are required under Chapters 1 09A, 110, 11OA, and 11 3A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: LASHARNE ESTER
CASE NUMBER: 4:08CR523 CDP
District: Eastern District of Missouri

# ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

Should future additional defendants be determined to be responsible for the same losses, this obligation shall be joint and several, meaning that no further payments shall be required after the sum of the amounts actually paid by all defendants has fully covered the compensable injuries. All criminal monetary penalties are due in full immediately. The defendant shall pay all criminal monetary penalties through the Clerk of Court. If the defendant cannot pay in full immediately, then the defendant shall make payments under the following minimum payment schedule: During incarceration, it is recommended that the defendant pay criminal monetary penalties through an installment plan in accordance with the Bureau of Prisons' Inmate Financial Responsibility Program at the rate of 50% of the funds available to the defendant. If the defendant owes any criminal monetary penalties when released from incarceration, then the defendant shall make payments in monthly installments of at least $200, or no less than 10% of the defendant's gross earnings, whichever is greater, with payments to commence no later than 30 days after release from imprisonment. Until all criminal monetary penalties are paid in full, the defendant shall notify the Court and this district's United States Attorney's Office, Financial Litigation Unit, of any material changes in the defendant's economic circumstances that might affect the defendant's ability to pay criminal monetary penalties. The defendant shall notify this district's United States Attorney's Office, Financial Litigation Unit, of any change of mailing or residence address that occurs while any portion of the criminal monetary penalties remains unpaid.

DEFENDANT: LASHARNE ESTER
CASE NUMBER: 4:08CR523 CDP
District: Eastern District of Missouri

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  ☒  Lump sum payment of $80,974.15 due immediately, balance due

☐ not later than _____ , or

☒ in accordance with ☐ C, ☐ D, or ☐ E below; or ☒ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ E below; or ☐ F below; or

C ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after Release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time: or

F ☒ Special instructions regarding the payment of criminal monetary penalties:

**See page 7 of this judgment regarding payment of the restitution imposed.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program are made to the clerk of the court.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several
Defendant and Co-defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment; (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest (6) community restitution.(7) penalties, and (8) costs, including cost of prosecution and court costs.



DEFENDANT: LASHARNE ESTER
CASE NUMBER: 4:08CR523 CDP
USM Number: 35422-044

# UNITED STATES MARSHAL
## RETURN OF JUDGMENT IN A CRIMINAL CASE

I have executed this judgment as follows:

_____

_____

The Defendant was delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

☐ The Defendant was released on _____ to _____ Probation

☐ The Defendant was released on _____ to _____ Supervised Release

☐ and a Fine of _____ ☐ and Restitution in the amount of _____

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

I certify and Return that on _____, I took custody of _____

at _____ and delivered same to _____

on _____ F.F.T. _____

U.S. MARSHAL E/MO

By DUSM _____